**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **VICTOR J. BRAVO,** | Case No.: 4:12-cv-6460 KAW |
| Plaintiff, | **ORDER ADDRESSING PLAINTIFF'S MOTION FOR EXTENTION OF TIME TO SERVE SUMMONS** |
| vs. | |
| **COUNTY OF SAN DIEGO, et al.,** | |
| Defendants. | |

Pro se Plaintiff Victor Bravo filed this action on December 20, 2012. On February 5, 2013, Plaintiff filed a motion for an extension of time to serve Defendants.

Pursuant to Federal Rule of Civil Procedure 4(m), defendants must be served within 120 days after the complaint is filed. The deadline for service is April 19, 2013. Plaintiff still has 64 days left to serve Defendants.

Therefore, Plaintiff's motion for an extension of time is premature, and the Clerk of the Court shall terminate docket entry 4.

IT IS SO ORDERED.

**DATE: February 14, 2013**

_____

**KANDIS A. WESTMORE**
**UNITED STATES MAGISTRATE JUDGE**