IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VICTOR J. BRAVO,

    Plaintiff,

v.

COUNTY OF SAN DIEGO, et al.,

    Defendant.

No. C 12-06460 JSW

**ORDER TO SHOW CAUSE AND VACATING CASE MANAGEMENT CONFERENCE**

This matter is set for a hearing on August 23, 2013 on the motion to dismiss filed by the County of San Diego. Pursuant to Local Civil Rule of the Northern District 7-3, an opposition or statement of non-opposition to this motion was due to be filed and served by May 29, 2013. To date, Plaintiff has not filed an opposition or statement of non-opposition.

Plaintiff is HEREBY ORDERED TO SHOW CAUSE ("OSC") in writing, by **June 20, 2013**, why the pending motion to dismiss should not be granted in light of his failure to file a timely opposition or statement of non-opposition. If Plaintiff seeks to file a substantive response to the County's motion, Plaintiff must demonstrate good cause for failing to file his opposition brief in a timely fashion. In his response to this OSC, Plaintiff is also directed to show cause why this case should not be dismissed for failure to prosecute. Plaintiff is admonished that his failure to respond this Order by **June 20, 2013**, will result in a dismissal of this action without further notice.

///

///

If Plaintiff files a substantive response to Defendants' motion and demonstrates good cause for his delay, the Court will provide Defendants an opportunity to file a reply brief by no later than June 28, 2013.

The Court FURTHER ORDERS that the case management conference set for June 14, 2013 is **VACATED**. The Court will reset the case management conference at a later date, if necessary.

The Court advises Plaintiff that the Handbook for Pro Se Litigants, contains helpful information about proceeding without an attorney, is available through the Court's website or in the Clerk's office. The Court also advises Plaintiff that he also may wish to seek assistance from the Legal Help Center. Plaintiff may call the Legal Help Center at 415-782-9000, extension 8657, or sign up on the 15th Floor of the Courthouse, Room 2796, for a free appointment with an attorney who may be able to provide basic legal help, but not legal representation.

**IT IS SO ORDERED.**

Dated: June 10, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

VICTOR J BRAVO,

        Plaintiff,

  v.

COUNTY OF SAN DIEGO et al,

        Defendant.

Case Number: CV12-06460 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 10, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Victor J. Bravo
P.O. Box 707
San Francisco, CA 94104

Dated: June 10, 2013

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk