IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR J. BRAVO,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, et al.,<br><br>    Defendant.<br>_____ / | No. C 12-06460 JSW<br><br>**SUA SPONTE ORDER OF REFERRAL** |

Pursuant to Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Judge Jacqueline Scott Corley to determine whether it is related to *Bravo v. CDCR Director*, Case No. 12-6414 JSC.

**IT IS SO ORDERED.**

Dated: December 17, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc:	Judge Jacqueline Scott Corley

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR J BRAVO,<br><br>        Plaintiff,<br><br>  v.<br><br>COUNTY OF SAN DIEGO et al,<br><br>        Defendant. | Case Number: CV12-06460 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 17, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Victor J. Bravo
P.O. Box 12617
San Francisco, CA 94112

Dated: December 17, 2013

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk