1  KAMALA D. HARRIS
   Attorney General of California
2  DANIELLE F. O'BANNON
   Supervising Deputy Attorney General
3  SARA D. VAN LOH
   Deputy Attorney General
4  State Bar No. 264704
    455 Golden Gate Avenue, Suite 11000
5   San Francisco, CA  94102-7004
    Telephone: (415) 703-1660
6   Fax: (415) 703-5843
    E-mail: Sara.VanLoh@doj.ca.gov
7  *Attorneys for Defendant California Department of
   Corrections and Rehabilitation*
8

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                     SAN FRANCISCO DIVISION

12

| VICTOR J. BRAVO,<br><br>                         Plaintiff,<br><br>v.<br><br>CDCR DIRECTOR, et al.,<br><br>                         Defendants. | C-12-6414 JSC<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Judge:    The Honorable Jacqueline S. Corley<br><br>Action Filed: December 18, 2012 |
|---|---|

Per Civil Local Rule 3-12(b), Defendant California Department of Corrections and Rehabilitation (CDCR) submits this administrative motion to consider whether the following cases should be related to the present case:

(1)  *Bravo v. Cates*, No. C 12-6459 EMC (N.D. Cal.); and

(2)  *Bravo v. County of San Diego*, No. C 12-6460 JSW (N.D. Cal.).

Under Civil Local Rule 3-12(a), cases are related when they (1) concern substantially the same parties, property, transaction, or event; and (2) will result in "an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges. These three cases meet both elements. All three cases hinge on Plaintiff Victor J.

1

Bravo's allegations that various public officials conspired to falsely imprison him between February 22, 2009, and December 21, 2011, in an effort to force him to sign an "illegal" parole contract. The cases involves many of the same defendants, including CDCR in all three cases, and many of the same causes of action. Accordingly, the cases are related and should be consolidated.

Dated: December 20, 2013

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
DANIELLE F. O'BANNON
Supervising Deputy Attorney General

*/s/ Sara D. Van Loh*
SARA D. VAN LOH
Deputy Attorney General
*Attorneys for Defendant California Department of Corrections and Rehabilitation*

SF2013205694
40847258.doc

Dated: February 11, 2014

**DENIED**
Jacqueline S. Corley
Judge Jacqueline Scott Corley
(United States District Court, Northern District of California seal)

2

Admin. Mot. Consider Whether Cases Related (C-12-6414 JSC)